### Commonwealth, Appellant, v. Peterson.

Argued April 15, 1970. *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Fred E. Baxter, Jr.,* Assistant Public Defender, for appellee.

Order affirmed.